IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAYLA WEST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action File |
| v. ) | No. 1:15-CV-0397-AT |
| ) | |
| DJ MORTGAGE, LLC, ) | |
| ) | |
| Defendant ) | |

## ORDER DISMISSING CASE WITH PREJUDICE

The parties consenting hereto, this case is dismissed with prejudice, each party to bear its own costs.

SO ORDERED, this the _____ day of _____, 2018.

 

_____
HON. AMY TOTENBERG
United States District Judge

CONSENTED TO BY:

| | |
|---|---|
| \s\ John A. Christy | \s\ Joshua Friedman |
| John A. Christy | Rebecca Houlding |
| jchristy@swfllp.com | Rebecca@friedmanhouldingllp.com |
| Georgia Bar No. 125518 | Pro hac vice |
| Debra A. Wilson | Joshua Friedman |
| dwilson@swfllp.com | Josh@friedmanhouldingllp.com |
| Georgia Bar No. 767777 | Pro hac vice |
| Schreeder, Wheeler & Flint, LLP | Friedman & Houlding, LLP |
| 1100 Peachtree Street, NE | 1050 Seven Oaks Lane |
| Suite 800 | Mamaroneck, New York 10543 |

Atlanta, Georgia 30309
T: (404) 681-3450
F: (404) 681-1046

Attorneys for Defendant

T: 888-369-1119 Ext. 5
F: 866-731-5553

Attorneys for Plaintiff